# FERGUSON, SCHETELICH & HEFFERNAN, P.A.
## ATTORNEYS AT LAW

1401 BANK OF AMERICA CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725

ROBERT L. FERGUSON, JR.
ADMITTED MARYLAND AND D.C.
(410) 223-4082

Fax: (410) 837-1188 ♦ **(410) 837-2200** ♦ www.fshlaw.com

E-MAIL
rferguson@fshlaw.com

September 29, 2000

The Honorable Alexander Harvey, III
Senior United States District Judge
U.S. District Court for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201
  **HAND DELIVERY**
Re: 00-0272
  AIDA Dayton Technologies Corp. v. ITO Corporation
  of Baltimore, et al.
  Civil Action No.: H00CV1821

Dear Judge Harvey:

All counsel have discussed your scheduling order and we are proposing a revision and request your approval.

Defendant Trism Specialized Carriers, Inc. believes that it has a basis for filing a Motion for Summary Judgment. We believe the facts are undisputed and that the parties can enter a stipulation as to these facts and the relevant documents without the need of formal discovery. To that end, the parties jointly request that discovery be deferred and that we be allowed thirty days to confer to reach a stipulation as to the facts and relevant documents and then have Trism Specialized Carriers, Inc. file its Motion for Summary Judgment by November 15, 2000.

Please let us know if you approve. If you request that we submit a formal stipulation, please let me know and I will have one prepared.

Respectfully submitted,

FERGUSON, SCHETELICH & HEFFERNAN, P.A.

By: Robert L. Ferguson, Jr.
/gh

cc: James D. Skeen, Esquire
  Jo Anne Zawitoski, Esquire

Approved and So Ordered.

_____
Senior U.S. District Judge

Oct 2, 2000
Date