# FERGUSON, SCHETELICH & HEFFERNAN, P.A.

ATTORNEYS AT LAW

1401 NATIONSBANK CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725

Fax: (410) 837-1188 ♦ (410) 837-2200 ♦ www.fshlaw.com

ROBERT L. FERGUSON, JR.
ADMITTED MARYLAND AND D.C.
(410) 223-4082

rferguson@fshlaw.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 DEC 20 PM 5: 25

_____ DEPUTY

December 20, 2000

The Honorable Alexander Harvey, III
Senior United States District Judge
U.S. District Court for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

**HAND DELIVERY**
Re:   00-0272
      AIDA Dayton Technologies Corp. v. ITO Corporation
      of Baltimore, et al.
      Civil Action No.: H00CV1821

Dear Judge Harvey:

I miscalculated and put the wrong date on my calendar for the reply memoranda due by Defendant Trism following the Oppositions to Motion for Summary Judgment filed by Plaintiff and Co-Defendant ITO Corporation. Trism's reply to Plaintiff's Opposition to our Motion for Summary Judgment will be filed today. Our reply to ITO's Opposition and Motion for Continuance will be filed Friday, December 22, 2000.

I have spoken with both counsel for Plaintiff and counsel for ITO and they have agreed to these short extensions and I respectfully request your approval.

Respectfully submitted,

FERGUSON, SCHETELICH & HEFFERNAN, P.A.

By: Robert L. Ferguson, Jr.
/gh

cc:   James D. Skeen, Esquire
      Jo Anne Zawitoski, Esquire

Approved and So Ordered.

_____          _____
Senior U.S. District Judge                        Date: December 20, 2000