FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

JAN 16 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AIDA DAYTON TECHNOLOGIES CORPORATION,

    Plaintiff(s)

vs.

ITO CORPORATION OF BALTIMORE, ET AL.

    Defendant(s)

Civil Action No. H00CV1821

____ FEE PAID

____ FEE NOT PAID

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Robert L. Ferguson__ Esquire a member of the Bar of this court, moves the admission of __Kip D. Richards__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Trism Specialized Carriers, Inc.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Missouri__

and/or the following United States Court(s): __Missouri State Court, Western District Missouri, District of Kansas, 8th Circuit and 10th Circuit, 7th Circuit__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Never disbarred, suspended or denied admission__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

__Robert L. Ferguson_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: _/s/ Robert L. Ferguson_____
Robert L. Ferguson
Signature

1401 Bank of America Center
Address

100 S. Charles Street, Baltimore, MD 21201

410-837-2200
Office phone number

410-837-1188
Fax number

00777
Md. U. S. District Court Number

PROPOSED ADMITTEE:
_/s/_____
Signature

P.O. Box 26188, 2500 City Center Square
Address

Kansas City, MO 64196

816-421-6620
Office phone number

816-421-4747
Fax number

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

January 16, 2001
Dated

_/s/ Alexander Harvey_____
Judge, U. S. District Court

cc: James D. Skeen, Esquire
    Jo Anne Zawitowski, Esquire