# FERGUSON, SCHETELICH & HEFFERNAN, P.A.
### ATTORNEYS AT LAW

1401 BANK OF AMERICA CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725

ROBERT L. FERGUSON, JR.
ADMITTED MARYLAND AND D.C.
(410) 223-4082

Fax: (410) 837-1188 ♦ (410) 837-2200 ♦ www.fshlaw.com

Rferguson@fshlaw.com

February 9, 2001

The Honorable Alexander Harvey, III
Senior United States District Judge
U.S. District Court for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      **HAND DELIVERY**
Re:   00-0272
      AIDA Dayton Technologies Corp. v. ITO Corporation
      of Baltimore, et al.
      Civil Action No.: H00CV1821

Dear Judge Harvey:

The limited discovery which you permitted has been completed. Your Amended Scheduling Order calls for ITO to submit its supplemental Brief by February 20, 2001 and both Plaintiff and Trism to file their replies by March 7, 2001. Counsel have conferred and request a slight modification to that briefing.

During discovery, additional documents came forth which Trism wishes to use in support of its Motion for Summary Judgment. We request leave to permit Trism to file a supplement to its Motion for Summary Judgment in addition to its reply to ITO's supplemental Brief. We propose that ITO file its supplemental brief by February 20, 2001. Trism will then file its supplement to its Motion for Summary Judgment along with any reply to ITO's Brief by February 28, 2001. AIDA will then file its reply to ITO's Brief and Trism's Brief by March 7, 2001.

We request your approval of this modification.

Respectfully submitted,

FERGUSON, SCHETELICH & HEFFERNAN, P.A.

By: Robert L. Ferguson, Jr.
/gh

cc via fax:   James D. Skeen, Esquire
                Jo Anne Zawitoski, Esquire

Approved and So Ordered.

_____
Senior U.S. District Judge

February 9, 2001
Date