# FERGUSON, SCHETELICH & HEFFERNAN, P.A.
## ATTORNEYS AT LAW

1401 BANK OF AMERICA CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725

ROBERT L. FERGUSON, JR.
ADMITTED MARYLAND AND D.C.
(410) 223-4082

Fax: (410) 837-1188 ♦ (410) 837-2200 ♦ www.fshlaw.com

E-MAIL
rferguson@fshlaw.com

February 28, 2001

The Honorable Alexander Harvey, III
Senior United States District Judge
U.S. District Court for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   **HAND DELIVERY**
      00-0272
      AIDA Dayton Technologies Corp. v. ITO Corporation
      of Baltimore, et al.
      Civil Action No.: H00CV1821

Dear Judge Harvey:

Under the revised Scheduling Order, Defendant Trism was to have filed today its Supplemental Reply to Plaintiff's Memorandum in Opposition to Trism's Motion for Summary Judgment and also Trism's Reply to ITO's Memorandum in Opposition to Trism's Motion for Summary Judgment. The first pleading, Trism's Supplemental Reply to Plaintiff's Memorandum in Opposition has been filed. Unfortunately, we ran into some technical difficulties with the second Memorandum responding to ITO's Memorandum. My co-counsel, Kip Richards, Esquire, is in Kansas City, Missouri. He was to e-mail the second memorandum to me today for filing. Kansas City has been experiencing a major snow storm and this morning the power grid went out in the block where Mr. Richards' office building is located. He is unable to complete the Memorandum in Reply to ITO's Memorandum.

Consequently, we are requesting an additional two days to file this Memorandum. We conferred with counsel for ITO and she has agreed. With your approval we will have this second Memorandum filed by Friday, March 2, 2001.

Respectfully submitted,

FERGUSON, SCHETELICH & HEFFERNAN, P.A.

By: Robert L. Ferguson, Jr.
/gh

cc via fax:   James D. Skeen, Esquire
              Jo Anne Zawitoski, Esquire

Approved and So Ordered.

_____   3/2/01
U.S. District Judge        Date