

Wright, Constable & Skeen, L.L.P. | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

March 6, 2001

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Henry B. Russell
  Paul Anthony O'Meehan
  Michael A. Stanley
  Howard S. Stevens*
  Joy K. Sakellaris
  Walter W. Green

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone 410-825-0750
  Fax    410-825-0715

www.wcsllp.com

WRITER'S DIRECT DIAL/E-MAIL:
(410) 659-1306/Jskeen@wcsllp.com

**_VIA HAND-DELIVERY_**

The Honorable Alexander Harvey, II
Senior United States District Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

    Re:    AIDA Dayton Technologies Corporation v.
            ITO Corporation of Baltimore, et al.
            Civil Action No.: H-00-1821

Dear Judge Harvey:

    Under the revised scheduling order, plaintiff's sur-reply memorandum in opposition to Trism's motion for summary judgment is due Wednesday, March 7, 2001. However, defendant Trism attached two new declarations to its supplemental reply to plaintiff's memorandum in opposition which was filed on February 28, 2001 and received by plaintiff's counsel on March 1.

    Plaintiff would request an additional two days to March 9, 2001 to file its sur-reply to allow sufficient time to review the new declarations with AIDA. Counsel for defendant Trism and counsel for defendant ITO have no objection to this request. Thank you for your consideration.

                              Very truly yours,

                              James D. Skeen

JDS/kf

cc:    Robert L. Ferguson, Jr., Esquire (via facsimile (410) 837-1188)
        Kip Richards, Esquire (via facsimile (816) 421-4747)
        JoAnne Zawitoski (via facsimile (410) 539-5223)

Approved and So Ordered

_Alexander Harvey, II_                    March 16, 2001
Senior U.S. District Judge          Date

101965 v. (09165.00003)

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia