# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| AIDA DAYTON TECHNOLOGIES CORPORATION | * |
| Plaintiff | *   CIVIL ACTION NO.: H-00 1821 |
| v. | * |
| ITO CORPORATION OF BALTIMORE, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL OF DEFENDANT
## ITO CORPORATION OF BALTIMORE

Plaintiff, AIDA Dayton Technologies Corporation, by its attorneys James D. Skeen and Wright, Constable & Skeen, L.L.P., Defendant Trism Specialized Carriers, by its attorneys, Robert L. Ferguson, Jr., Ferguson, Schetelich, Heffernan, P.A. and Kip D. Richards, and defendant, ITO Corporation of Baltimore, by its attorneys Jo Anne Zawitoski and Semmes, Bowen & Semmes, pursuant to Rule 41(a)(1) stipulate to the dismissal of defendant ITO Corporation of Baltimore in this action.

Respectfully Submitted,

_____
James D. Skeen, #00010
Wright, Constable & Skeen, L.L.P.
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, MD 21201
(410) 659-1306 – Telephone
(410) 659-1350 - Facsimile
Attorneys for Plaintiffs

108846 v. (09165.00003)

_____
Robert L. Ferguson, Jr.
Ferguson, Schetelich, Heffernan, P.A.
100 South Charles Street
Baltimore, MD 21201
Counsel for Defendant, Trism Specialized Carriers

_____
Kip D. Richards
2500 City Center Square
P.O. Box 26188
Kansas City, MO 64196
Counsel for Defendant, Trism Specialized Carriers

_____
Jo Anne Zawitoski
Semmes, Bowen & Semmes
250 West Pratt Street
16th Floor
Baltimore, MD 21201
Attorneys for Defendant, ITO Corporation of Baltimore

APPROVED this 4TH day of Sept., 2001
_____
Senior United States District Judge

108846 v. (09165.00003)