# FERGUSON, SCHETELICH & HEFFERNAN, P.A.

## ATTORNEYS AT LAW

1401 BANK OF AMERICA CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725

Fax: (410) 837-1188 ♦ **(410) 837-2200** ♦ www.fshlaw.com

ROBERT L. FERGUSON, JR.
ADMITTED MARYLAND AND D.C.
(410) 223-4082

E-MAIL
rferguson@fshlaw.com

November 15, 2001

The Honorable Alexander Harvey, II
Senior United States District Judge
U.S. District Court for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

**HAND DELIVERY**

Re:  00-0272
     *AIDA Dayton Technologies Corp. v. ITO Corporation of Baltimore, et al.*
     Civil Action No.: H00CV1821

Dear Judge Harvey:

My co-counsel, Kip Richards Esquire, is lead counsel for defendant, Trism Specialized Carriers. Mr. Richards has been preparing Trism's reply memorandum in support of its Motion for Summary Judgment and in opposition to Plaintiff's Cross Motion for Summary Judgment anticipating that it would be filed today. Unfortunately, one of Mr. Richard's children became ill and Mr. Richards was called away from the office yesterday and today. After conferring with counsel for Plaintiff, Mr. Skeen has consented to a further extension for defendant to file this memorandum on Monday, November 19, 2001. I was out of the office and unable to write this letter until late today.

We again ask for the Court's indulgence and that you approve this short extension caused by these unforeseen circumstances. Thank you.

Respectfully submitted,

FERGUSON, SCHETELICH & HEFFERNAN, P.A.

By: Robert L. Ferguson, Jr.
/gh

Approved and so Ordered

_____          November 16, 2001
Senior United States District Judge       Date

FERGUSON, SCHETELICH & HEFFERNAN, P.A.
ATTORNEYS AT LAW

cc: James Skeen, Esquire
    Kip Richards, Esquire